# United States District Court
# For The Western District of North Carolina
# Asheville Division

SULEMA VILLAGRANA LOPEZ,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

1:09cv441 (2255)
1:09cr13

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 02/16/10 Memorandum and Order.

February 16, 2010

FRANK G. JOHNS, CLERK

BY: s/Elizabeth Wurst

Elizabeth Wurst, Deputy Clerk