# United States District Court
# For The Western District of North Carolina
# Asheville Division

SULEMA VILLAGRANA LOPEZ,

       Petitioner,               JUDGMENT IN A CIVIL CASE

vs.                                     1:09cv441 (2255)
                                       1:09cr13

UNITED STATES OF AMERICA,

       Respondent.


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 02/16/10 Memorandum and Order.


                                                               FRANK G. JOHNS, CLERK

February 16, 2010

                                                         s/Elizabeth Wurst
                                     BY: _____
                                               Elizabeth Wurst, Deputy Clerk